No. 641. PIERRE ET AL. *v.* JORDAN, SECRETARY OF STATE OF CALIFORNIA, ET AL., 379 U. S. 974;

No. 687. INDUSTRIAL SHOE MACHINERY CORP. *v.* UNITED SHOE MACHINERY CORP., 379 U. S. 990;

No. 701. TURKEL ET AL. *v.* FOOD AND DRUG ADMINISTRATION, DEPARTMENT OF HEALTH, EDUCATION AND WELFARE, 379 U. S. 990;

No. 711. FRY, ALIAS GRADY *v.* UNITED STATES, 379 U. S. 973; and

No. 716. INDUSTRIAL INSTRUMENT CORP. *v.* FOXBORO Co., 379 U. S. 1000. Petitions for rehearing denied.

No. 418. CHESTER PARK APARTMENTS, INC. *v.* UNITED STATES, 379 U. S. 901. Motion for leave to file petition for rehearing denied.

No. 597. CUFF ET UX. *v.* VAN BOGART, 379 U. S. 964; and

No. 604. WATWOOD *v.* REAL ESTATE COMMISSION OF THE DISTRICT OF COLUMBIA, 379 U. S. 965. Motions to dispense with printing petitions granted. Petitions for rehearing denied.

No. 22, Misc. BURKE ET AL. *v.* UNITED STATES, 379 U. S. 849;

No. 317, Misc. WILLIAMS *v.* UNITED STATES, 379 U. S. 976;

No. 380, Misc. BOGAN *v.* WILKINS, WARDEN, 379 U. S. 976;

No. 385, Misc. STELLO *v.* UNITED STATES, 379 U. S. 974;

No. 470, Misc. GENSBURG *v.* HEINZE, WARDEN, ET AL., 379 U. S. 1001; and

No. 506, Misc. PRICE *v.* UNITED STATES, 379 U. S. 977. Petitions for rehearing denied.